1    Mary Jo O'Neill AZ Bar No. 005924
     Sally C. Shanley AZ Bar No. 012251
2    Sandra J. Padegimas AZ Bar No. 011652
     Katherine Kruse AZ Bar No. 019167
3    **Equal Employment Opportunity Commission**
     **Phoenix District Office**
4    3300 North Central Avenue, Suite 690
     Phoenix, Arizona  85012-2504
5    Telephone: (602) 640-5061
     e-mail: sandra.padegimas@eeoc.gov
6            katherine.kruse@eeoc.gov
     Attorneys for Applicant
7
                       IN THE UNITED STATES DISTRICT COURT
8
                         FOR THE DISTRICT OF ARIZONA
9

10   Equal Employment Opportunity                )
     Commission,                                 )
11                                               )
               Applicant,                        )      **EEOC'S APPLICATION FOR**
12                                               )      **ORDER TO SHOW CAUSE WHY**
               v.                                )      **AN  ADMINISTRATIVE**
13                                               )      **SUBPOENA SHOULD NOT BE**
     FedEx Corporation,                          )      **ENFORCED**
14                                               )
               Respondent.                       )
15

16         1.     This is an action for enforcement of a subpoena *duces tecum*, pursuant to

17   Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII"),

18   and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161(1) as amended,

19   incorporated in Title VII at 42 U.S.C. § 2000e-9.

20         2.     Jurisdiction is conferred upon the court by Title VII, 42 U.S.C. § 2000e-5(f)(3),

21   and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161(2), as amended,

22   incorporated in Title VII at 42 U.S.C. § 2000e-9.

23         3.     Applicant, the Equal Employment Opportunity Commission ("EEOC"), is the

24   federal agency charged with the administration, interpretation and enforcement of Title VII,

25   including the investigation of charges of unlawful employment practices, and is authorized

26   to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

27         4.     Respondent, FedEx Corporation ("FedEx"), is a corporation doing business in

28   the State of Arizona.

1    5.    On February 10, 2006, pursuant to its authority under 42 U.S.C. §2000e-9 and

2 29 U.S.C.§ 161, the EEOC issued and served upon FedEx a subpoena *duces tecum*, No.

3 PHX-06-18, requiring Respondent to produce information needed as part of the EEOC's

4 investigation of a charge of unlawful employment practices filed with the EEOC against

5 FedEx, charge number 350-2005-00982.

6    6.    FedEx filed a Petition for Revocation or Modification of the Subpoena

7 ("Petition for Revocation" on February 17, 2006.  By Final Determination dated March 9,

8 2006, the EEOC denied FedEx's Petition for Revocation or Modification of the Subpoena.

9    7.    By letter dated March 22, 2006, FedEx sought reconsideration of the EEOC's

10 decision denying FedEx's Petition for Revocation.  By letter dated March 29, 2006, the

11 EEOC denied FedEx's request for reconsideration.

12    8.    By letter dated April 3, 2006, FedEx informed the EEOC that it was refusing

13 to comply with Subpoena No. PHX-06-18.

14    9.    The accompanying Declaration of Susan L. Grace, Deputy District Director of

15 the EEOC's Phoenix District Office, (Exhibit A to the EEOC's Memorandum in Support of

16 Application for Order to Show Cause, filed concurrently herewith), and the attachments

17 thereto, provide the factual support for this Application. The Declaration and the attachments

18 are incorporated by reference into this Application.

19    10.    Also accompanying this Application is the Memorandum of Points and

20 Authorities.  It is also incorporated by reference.

21    WHEREFORE, the Equal Employment Opportunity Commission prays:

22    (a)    That the Court issue an Order directing FedEx to appear before this

23    Court and to show cause, if there be any, why an Order should not issue

24    directing Respondent to comply with the subpoena;

25    (b)    That, upon return of the Order to Show Cause, an Order issue directing

26    FedEx to comply with the subpoena; and

27    (c)    That the Equal Employment Opportunity Commission be granted its

28    costs and such further relief as may be necessary and appropriate.

1      DATED this 1ˢᵗ day of June, 2006.

2

                                  Respectfully submitted,

3

4                                   MARY JO O'NEILL
                                  Regional Attorney

5

6                                   SALLY C. SHANLEY
                                  Supervisory Trial Attorney

7

                                  <u>s/ Sandra J. Padegimas</u>

8                                   SANDRA J. PADEGIMAS
                                  KATHERINE J. KRUSE

9                                   Trial Attorneys

10                                   EQUAL EMPLOYMENT OPPORTUNITY
                                  COMMISSION

11                                   Phoenix District Office

12                                   3300 North Central Avenue, Suite 690
                                  Phoenix, Arizona 85012

13

                                  Attorneys for Applicant

14

15

16

17

18

19 I hereby certify that on June 1, 2006,
I electronically transmitted the attached

20 document to the Clerk's Office using
the ECF System for filing.

21

<u>s/Phyllis Brady</u>

22

23

24

25

26

27

28