UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Appellant,<br>vs.<br><br>FEDEX CORPORATION,<br><br>    Respondent. | Case No.: CV 06-276-TUC-RCC<br><br>**ORDER** |

Upon stipulation of the parties (Doc. 55) and good cause appearing, the Court hereby dismisses with prejudice this matter and vacates the status conference currently set for January 10, 2011 at 1:30 pm.

Dated this 5th day of January, 2011.

Raner C. Collins
United States District Judge

1